UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| DEMETRIUS BATTLE as next friend and parent of XAVIER JOHNSON, a minor, DEMETRIUS BATTLE as next friend and parent of MALIK GREEN, a minor, DEMETRIUS BATTLE as next friend and parent of JOE NEAL, a minor, and LORETTA TRAYLOR as next friend and parent of EBONY COLLIER, a minor individually and on behalf of all others similarly situated,<br><br>   Plaintiffs,<br><br> v.<br><br>PVG RESTAURANT GROUP, LLC d/b/a Sonic,<br><br>   Defendant. | CIVIL ACTION FILE<br>NO. 1:17-CV-0348-SCJ |

## SCHEDULING ORDER

Upon review of the information contained in the Joint Preliminary Report and Discovery Plan [Doc. No. 13], the Court orders that the time limits for adding parties, amending the pleadings, filing motions, completing discovery, and discussing settlement are as stated in the above referenced form, except as herein modified:

<u>The Court grants the parties' request for an extended discovery period of six months. Discovery in this matter will conclude on **October 9, 2017.** Barring extraordinary circumstances, no further extension of discovery will be granted. Any motions for summary judgment or the proposed consolidated pretrial order must be filed on or before **November 8, 2017.** If a motion for summary judgment is filed, the proposed consolidated pretrial order must be filed within 30 days after this Court's ruling</u>

thereon.  If neither motion(s) for summary judgment nor the proposed pretrial order are timely filed, the Clerk is directed to submit this matter for the Court for consideration.

**IT IS SO ORDERED**, this 13th day of April, 2017.

                                          s/Steve C. Jones
                                          STEVE C. JONES
                                          UNITED STATES DISTRICT JUDGE